UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRUCE BLACK,  :  Case No. 1:13-cv-00824
        Plaintiff, :
         : Judge Timothy S. Black
   v. : Magistrate Judge Stephanie K. Bowman
         :
COMMISSIONER OF :
SOCIAL SECURITY, :
         :
        Defendant. :

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. 9); AND (2) TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 9, 2014, submitted a Report and Recommendation (Doc. 9). Plaintiff sought (Doc. 10) and was granted (Doc. 11) an extension of time to prepare his objections, which were filed on January 20, 2015 (Doc. 13).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter. Upon consideration of the foregoing, the Court does determine that

---

[1] A duplicate set of objections was filed on January 21, 2015 (Doc. 14).

such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 9) is **ADOPTED**;

2. The decision of the Commissioner to deny Plaintiff benefits is **AFFIRMED**; and

3. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Dated: 1/26/15

Timothy S. Black
United States District Judge